UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————

JOSE MARTINEZ,

                        Petitioner,        96cr959  (JGK)-2
                                           18cv8277 (JGK)

        - against -

                                           ORDER

UNITED STATES OF AMERICA,

                        Respondent.
————————————————————————————

JOHN G. KOELTL, District Judge:

     The Court of Appeals has granted the petitioner's motion to file a successive 28 U.S.C. § 2255 motion. Therefore, the Federal Defenders is requested to represent the petitioner in this 28 U.S.C. § 2255 motion providing there is no conflict. The Federal Defenders is requested to propose a schedule by June 19, 2020 for briefing the successive 28 U.S.C. § 2255 motion. Chambers will mail a copy of this order to the pro se petitioner.

SO ORDERED.
Dated:   New York, New York
         May 14, 2020            __     /s/ John G. Koeltl      __
                                         John G. Koeltl
                                 United States District Judge