UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————

UNITED STATES OF AMERICA

       - against -           96cr959-2 (JGK)
                              18cv8277 (JGK)

JOSE MARTINEZ,

                       ORDER

              Defendant.
———————————————————————————

JOHN G. KOELTL, District Judge:

     The Federal Defenders will no longer represent Mr.

Martinez. John A. Diaz is appointed as counsel for Mr. Martinez.

SO ORDERED.

Dated:    New York, New York
          May 22, 2020         _____ /s/ John G. Koeltl _____
                            John G. Koeltl
                 United States District Judge