Court
copy

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

Vs.                                           Case No. 1:96CR00959-002

JOSE MARTINEZ

-------------------------------------------------------------------------------------

Pro Se Case Law:   Haines v. Kerner, 404 U.S. 519, 30 L.Ed.2d 652, 92 S.Ct. 594 (1972): Pro Se Plaintiff's
complaint should not be dismissed for failure to state a claim upon which relief could
be granted if it appeared he may be able to offer proof of his claim.

-------------------------------------------------------------------------------------

MOTION FOR SENTENCE  REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)   (Compassionate Release)

Comes now Pro Se Defendant as follows,

### I.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all
administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your
behalf, or (2) 30 days after the warden of your facility received your request that the warden
make a motion on your behalf, whichever is earlier.

Pro Se, moving this court for equitable consideration of Reduction in sentence. The movant has
satisfied the statutory exhaustion requirements by submitting a request to the warden on 9-10-2021
30 days has passed and the warden has never responded. [ see exhibit-1 attached.]

### II.   SENTENCE INFORMATION

Date of sentencing:  8-4-1998    Term of imprisonment imposed:   LIFE    Time served to date:  24 years  and  8 months

. SEE ATTACHED BOP: Sentence Monitoring Computation Data As of 10-26-2021

I would like the Court to note that 18 USC section 3582 (C) (1) (A), does not solely offer immediate release as a remedy, but
also grants the Court the discretion to reduce or modify a sentence.  I would appreciate an equitable reduction of the sentence
taking into account the increased severity of the as a result of COVID-19 and the impact it now has on the penal system, in
combination with other personal factors I will resent.

### III.   GROUNDS FOR RELEASE

The crime took place in 1996 the law as changed in terms of the sentence that I could get to day. The court knows that facts
have come to light that would cast doubt on the degree of my guilt as it was thought to be back in 1998 at the time of
sentencing. I am now closer to 70 then 60 I have depilating medical conditions.
[see BOP Health Services Health Problems]

IV.   ATTACHMENTS AND REQUEST TO SEAL

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☑ Yes | ☐ No | ☑ Yes | ☐ No |
| Additional medical information | ☑ Yes | ☐ No | ☑ Yes | ☐ No |

V.   REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

VI.  MEMORANDUM

## Extraordinay and compelling Circumstances

A Large part of 28 USCS § 3582 (C)(1)(A) is that it gives the sentencing court the equitable opprotunity to consider factors that it was not aware of at sentencing or factors unforseen, In fact this agrees with 28. U.S.C.S. 991(b) which specifically encourages that judges exercise discerning flexibility in their application of the 3553 (A) factors for "aggravating" or "mitigating" circumstances of or to a degree, not adequately taken into consideration by the sentencing commision. A global pandemic like covid -19, and its undeniable impact on everything in modern society fits this definition well.

When the sentencing commision calculated the guidelines that this movant was sentenced under it couldn't have factored in the greatly multiplied punitive severity caused not by the movants own doing, as ones security level being increased as a result of failure to comply with prison rules, but by a global pandemic. It did not consider, (the sentencing commision) risk of death or severe illiness, pschological issues created by pro-longed lock downs, in continuous fear of health and life. The senteceing commision models were based on idea penal conditions under normal circumstances.

2.

Therefore it is only rational to assume that if the sentencing guielines were crafted to take in the "B.O.P. currently strained operation" Unites States v. Sawicz 2020 LEXIS 64418( speaking about the pandemic created conditions in prison) The punitive value of a year in prison would greatly increase, and many terms would be fairly reduced, when the number one goal in sentencing an offende is to impose a sentence sufficient but not greater than neccesary.

The movant submits that the pandemic, the very real risk of death or severely debilatating illness in prison, and the psychological trauma of that makes the sentence greater than neccesary by many standards. see Holguin-Hernandez v. United States, 140 S.ct 762 (2020)


(a sentence that is greater than neccesary, is persay unreasonable)

The movant would ask the court to please consider the 3553 (A) factors not just as if the defendant commited the offense yesterday, but with a equitably renewed consideration. Considering the defandant as he is today, and the circumstances that exist today that were not forseen by the court, as many courts have. Consider, United States v. Rahim 2020 U.S. Dist LEXIS 89355 (E.D. MICH may 21,2020) quoting United States v. Zukerman, 2020 U.S. Dist LEXIS 59588("The severity of the (defendants) conduct remains unchanged. What has changed however, is the enviroment where the (defendant) is serving his sentence. When the court sentenced the defendant the court did not intend for that sentence to include,'incurring a great and unfor-seen risk of severe illness or death' brought by a global pandemic." Consider also; United States v. Hatcher, 2021 U.S. Dist LEXIS 747 (S.D.N.Y. April 19, 2021) qouting United States v. Ng Lap Seng, 2021 U.S. Dist LEXIS 48187 WL 961-749 at *6( granting compassionate release after determining that 'the actual severity of (petitioners) sentence as a result of covid-19 outbreak exceeds what the court anticipated at the time of sentencing" (internal quotation marks ommited) quoting Rodriguez 2021 U.S. Dist LEXIS 181004, 2020 WL 5810161, at *3)

3.

Indeed just because other courts have granted relief in a situation does not mean that a court is obligated to do the same in the discretionary matter, the movant only submits the above cases to show that the argument is non frivolous and worthy of this courts consideration.

respectfully, this movant understands the sincere consideration and factors that this court has to balance in these considerations not with standing the objections of the governemnt. However, This movant is not just asking for immediate release, but some equitable relief.

If the court decided against the immediate release of this movant, the movant would request that the court at the least fairly consider a equitable reduction of sentence taking in the Nationally recognized increased severity of the punishment.

Respectfully, If the court were to grant a reduction in sentence as the statute 18 USCS §  3582 (G)(1)(A) and 28 U.S.C.S. 991 (b)(1)(B) encourages under these specific set of circumstances, of any where from 1 year upto the remaining of the sentence under the circumstances, whatever relief the court granted would be more fair, than repectfully ignoring the obvious change of circumstances.

For example if the court was not inclined to a immediate release, a reduction leaving some time remaining on the sentence would potentially negate any immediate concern of threat to the community, or burden on the probation department, and give the movant even more time to prepare for release in a meaningful manner.

It is no mystery that many courts are not pressed to release convicted criminals from prison early absent, a good reason, and some have even intimated, that the risk of death in prison was not created by covid -19. However, this does not speak to the proven increased severity of the punishment, and the importance of equity in the application of the sentencing factors.

4.

In Final the movant hopes at the court would consider a __LIFE - to timer served.__ reduction of his sentence of __Time served__ . The Movant has served __24 years and 8 months.__ ; and Feels that with the reduction his time served and what ever time the court grants would still satisfy the factors under these circumstances. However, any relef granted would be appreciated by the movant as a further encouragement towards being a productive member of society. "any amount of actual jail time" of would be significant, Glover v. United States 531 U.S. 198 (2001). "It is crucial in maintaining public perception of fairness and integrity in the justice system that courts exibit regard for fundamental rights and respect for prisoners 'as people.' T.Tyler, Why People Obey the Law 164 (2006) qouted in Rosales-Mireles.

## VI.    MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully Submitted,

_Jose Martinez_        11-4-21
JOSE MARTINEZ              Date
Reg No.: 19912-050
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

5 of 5

*(My Copy)*

*Cono to warden, on 9-10-21*

## Request for Reduction in Sentence Form

Name: _Jose Martinez_ Date: _9-10-21_ Unit: _N1_   Register #: _19912-050_

A.  Please check what type of RIS you are filing.   Only select one.  Please refer to
Program Statement 5050.50 – 1/17/2019

_____  1. Terminal Medical Condition

✓  2. Debilitated Medical Condition.  Briefly describe your medical condition:
_See Bop Health services Health problems_

✓  3. Elderly Inmate with Medical Conditions – (must be age 65 or older and completed
at least 50% of your sentence)

Age: _65_   Have you served at least 50% of your sentence? Yes _✓_ No ___

✓  4. Other Elderly Inmate – (must be age 65 or older and completed the greater of
10 years or 75% of your sentence)

Age: ____   Have you served the greater of 10 years or 75% of your
sentence?  Yes ___ No ___

_____  5. "New Law" Elderly Inmates – (sentenced for an offense that occurred on or
after November 1, 1987, who are age 70 years or older and have served 30 years
or more of their term of imprisonment.

_____  6. Death or Incapacitation of Caregiver of Child(ren)

_____  7. Incapacitation of a Spouse or Registered Partner

# EX-1

B.  Each RIS request must include the following information:

1.  Proposed Release Plan-

Where will you reside and with whom? _My Son, Jose Martinez_

_5218 Homestead Ave, Pennsacken, NJ. 81009_

How will you support yourself? _Medicare.S.S. and Family Help._

Where will you receive medical treatment? _Cooper Hosp. N.J._

How will you pay for medical treatment? _Medicare_

2.  Any additional information you wish to be considered:  _I could not get_

_a life sentence to my Facts of my case have come to light that_
_would cast Doubt on the Degree of my guilt. Ji Been in prison_
_From 1997 to Date._

X  _Jose Martinez_ ————— _9-10-2021_

```
HAF40  540*23 *          SENTENCE MONITORING        *      10-26-2021
PAGE 001        *          COMPUTATION DATA          *      06:38:19
                           AS OF 10-26-2021
```

REGNO..: 19912-050 NAME: MARTINEZ, JOSE


```
FBI NO...........: 99580TA7          DATE OF BIRTH: 04-28-1956  AGE:  65
ARS1.............: HAF/A-DES
UNIT.............: N1                 QUARTERS.....: N02-227L
DETAINERS........: NO                 NOTIFICATIONS: NO
```


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  LIFE


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

```
COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:96CR00959-002
JUDGE...........................: CEDARBAUM
DATE SENTENCED/PROBATION IMPOSED: 08-04-1998
DATE COMMITTED..................: 02-25-1999
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $500.00        $00.00          $00.00       $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  545     18:1962 RACKETEER (RICO)
OFF/CHG: CT1-18:1959(A)5) VIOLENT CRIMES IN AID OF RACKETEERING-MURDER
         CONSPIRACY; CT(S)2, 3-18:1959(A)(1) VIOLENT CRIMES IN AID OF
         RACKETEERING-MURDER, CT5-18:922(N) INTERSTATE TRANSPORTATION
         OF FIREARMS WHILE UNDER INDICTMENT.

```
SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: LIFE
DATE OF OFFENSE................: 08-23-1996
```

REMARKS.......: SENTENCED TO LIFE ON COUNTS 1,2,3 AND 5 CONCURRENT WITH EACH
                OTHER FOLLOWED BY 5 YEARS CONSECUTIVE ON COUNT 4.


G0002       MORE PAGES TO FOLLOW . . .

```
HAF40  540*23 *              SENTENCE MONITORING         *    10-26-2021
PAGE 002         *           COMPUTATION DATA            *    06:38:19
                              AS OF 10-26-2021
```

REGNO..: 19912-050 NAME: MARTINEZ, JOSE


-------------------------------CURRENT OBLIGATION NO: 020 --------------------------
OFFENSE CODE....:  130    18:924(C) FIREARMS LAWS         FSA INELIGIBLE
OFF/CHG: T 18 USC 924(C) USE OF A F/A IN CONNECTION WITH A CRIME
         OF VIOLENCE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     5 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
 DATE OF OFFENSE................: 08-23-1996

-------------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-08-2009 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-09-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 08-04-1998
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
EARLIEST DATE OF OFFENSE........: 08-23-1996

JAIL CREDIT.....................:     FROM DATE    THRU DATE
                                     02-03-1997   08-03-1998


G0002       MORE PAGES TO FOLLOW . . .

```
 HAF40  540*23 *            SENTENCE MONITORING        *    10-26-2021
PAGE 003 OF 003 *            COMPUTATION DATA           *    06:38:19
                             AS OF 10-26-2021
```

REGNO..: 19912-050 NAME: MARTINEZ, JOSE


```
TOTAL PRIOR CREDIT TIME.........: 547
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: N/A
ELDERLY OFFENDER TWO THIRDS DATE: N/A
EXPIRATION FULL TERM DATE.......: LIFE
TIME SERVED.....................:    24 YEARS     8 MONTHS    24 DAYS

PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE

REMARKS.......: COMP ASSUMED BY DSCC. RBT/D
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# Bureau of Prisons
## Health Services
## Health Problems

### Current

Reg #: 19912-050    Inmate Name: MARTINEZ, JOSE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Presbyopia<br>06/27/2013 14:19 EST  Sieber, Francis OD | III | ICD-9 | 367.4 | 06/27/2013 | Current | 06/27/2013 |
| Chronic obstructive asthma, unspecified<br>08/13/2019 12:17 EST  Pappas, James FNP-C, CCHP | III | ICD-9 | 493.20 | 06/17/2015 | Current | 06/17/2015 |
| COPD exacerbation<br>06/17/2015 09:39 EST  Tidwell, Mark MD | III | ICD-9 | 493.20 | 06/17/2015 | Current | 06/17/2015 |
| Dental caries extending into dentine<br>06/07/2010 08:43 EST  Meyer, Karl DDS, CDO | III | ICD-9 | 521.02 | 06/07/2010 | Current | 06/07/2010 |
| Unsatisfactory restoration of existing tooth<br>01/21/2011 08:19 EST  Meyer, Karl DDS, CDO | III | ICD-9 | 525.69 | 01/21/2011 | Current | 01/21/2011 |
| Esophageal reflux<br>03/26/2013 10:47 EST  Angud, Marylin MLP | III | ICD-9 | 530.81 | 03/26/2013 | Current | 03/26/2013 |
| Urticaria, unspecified<br>06/17/2021 14:16 EST  Senne, Lori FNP | III | ICD-9 | 708.9 | 06/17/2021 | Current | 06/17/2021 |
| 11/21/2014 12:27 EST  Lopez, H. MD | III | ICD-9 | 708.9 | 06/25/2014 | Resolved | 11/21/2014 |
| 06/25/2014 12:48 EST  Kengersky, Diane PA-C | III | ICD-9 | 708.9 | 06/25/2014 | Current | 06/25/2014 |
| Knee, Pain in joint, lower leg<br>09/27/2011 10:31 EST  Buschman, Brian MD | III | ICD-9 | 719.46 | 09/27/2011 | Current | 09/27/2011 |
| Osteoarthritis knees | | | | | | |
| Other injury of shoulder and upper arm<br>09/05/2014 12:05 EST  Coyne, Nicolette PA-C | III | ICD-9 | 959.2 | 09/05/2014 | Current | 09/05/2014 |
| Hyperlipidemia, unspecified<br>01/28/2020 15:47 EST  Adams, Emmanuel MD | | ICD-10 | E785 | 09/11/2018 | Current | |
| 10 year CVD risk - 10.4%<br>09/11/2018 10:06 EST  Tidwell, Mark MD | | ICD-10 | E785 | 09/11/2018 | Current | |
| Unspecified disorder of conjunctiva<br>06/17/2021 14:16 EST  Senne, Lori FNP<br>hemorrhage to L eye, without visual disturbance | | ICD-10 | H119 | 06/17/2021 | Current | |

Reg #: 19912-050

Inmate Name: MARTINEZ, JOSE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Umbilical hernia<br>03/12/2021 11:50 EST  Adams, Emmanuel MD<br>4 cm (H) x 3.5 cm (W) | | ICD-10 | K429 | 03/12/2021 | Current | |
| Constipation, unspecified<br>01/14/2021 08:20 EST  Register, Ivy FNP | | ICD-10 | K5900 | 01/14/2021 | Current | |
| Polyp of colon<br>01/29/2020 08:38 EST  Adams, Emmanuel MD<br>Pathology: (11/04/2010): 1) Colon, proximal transverse, polypectomy - Tubular<br>adenoma. 2) Colon, proximal sigmoid, polypectomy - Tubular adenoma. | | ICD-10 | K635 | 11/04/2010 | Current | |
| Dermatitis, unspecified<br>05/13/2021 13:50 EST  Register, Ivy FNP | | ICD-10 | L309 | 05/13/2021 | Current | |
| Dermatitis, unspecified<br>02/19/2021 14:25 EST  Register, Ivy FNP | | ICD-10 | L309 | 02/19/2021 | Current | |
| Valgus deformity, not elsewhere classified, unspecified site<br>01/28/2020 15:53 EST  Adams, Emmanuel MD | | ICD-10 | M2100 | 01/28/2020 | Current | |
| Enlarged prostate with lower urinary tract symptoms (BPH)<br>01/28/2020 15:47 EST  Adams, Emmanuel MD | | ICD-10 | N401 | 01/28/2020 | Current | |
| Screening for malignant neoplasm of colon<br>11/16/2010 12:45 EST  Buschman, Brian MD<br>Tubular adenoma x2 11/10 (f/u in 3-5 years)<br>11/10/2010 14:33 EST  Buschman, Brian MD<br>Aubular adenoma x2 11/10 (f/u in 3-5 years) | III | ICD-9 | V76.51 | 11/10/2010 | Current | 11/10/2010 |
| Asthma, unspecified<br>09/11/2018 10:06 EST  Tidwell, Mark MD | III | ICD-9 | 493.90 | 03/20/2014 | Remission | 09/11/2018 |
| Asthma, unspecified<br>03/20/2014 14:06 EST  Martinez, Maria PA-C | III | ICD-9 | 493.90 | 03/20/2014 | Current | 03/20/2014 |
| Asthma, unspecified, with (acute) exacerbation<br>09/11/2018 10:06 EST  Tidwell, Mark MD | III | ICD-9 | 493.92 | 12/01/2014 | Remission | 09/11/2018 |
| 12/01/2014 10:21 EST  Nikbakht, S. MLP | III | ICD-9 | 493.92 | 12/01/2014 | Current | 12/01/2014 |
| Dental caries extending into dentine<br>03/26/2013 10:47 EST  Angud, Marylin MLP | | ICD-9 | 521.02 | 06/03/2009 | Remission | 03/26/2013 |
| 06/03/2009 09:46 EST  Meyer, Karl DDS, CDO | III | ICD-9 | 521.02 | 06/03/2009 | Current | 06/03/2009 |

**Remission**

Reg #: 199 12-050                    Inmate Name: MARTINEZ, JOSE

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Hyperlipidemia, mixed | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 272.2 | 12/06/2010 | Resolved | 09/27/2011 |
| 09/27/2011 10:31 EST  Buschman, Brian MD | III | ICD-9 | 272.2 | 12/06/2010 | Resolved | 09/27/2011 |
| 12/06/2010 12:35 EST  Holtzapple, Jennifer PA | III | ICD-9 | 272.2 | 12/06/2010 | Current | 12/06/2010 |
| Acute pain due to trauma | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 338.11 | 09/05/2014 | Resolved | 11/21/2014 |
| 11/21/2014 12:27 EST  Lopez, H. MD | III | ICD-9 | 338.11 | 09/05/2014 | Resolved | 11/21/2014 |
| 09/05/2014 12:05 EST  Coyne, Nicolette PA-C | III | ICD-9 | 338.11 | 09/05/2014 | Current | 09/05/2014 |
| Acute postoperative pain, other | | | | | | |
| 09/16/2016 15:31 EST  Bonnet-Engebretson, Leonor MD | III | ICD-9 | 338.18 | 09/23/2014 | Resolved | 09/16/2016 |
| 09/23/2014 09:37 EST  Kengersky, Diane PA-C | III | ICD-9 | 338.18 | 09/23/2014 | Current | 09/23/2014 |
| Otitis media, unspecified | | | | | | |
| 09/16/2016 15:31 EST  Bonnet-Engebretson, Leonor MD | III | ICD-9 | 382.9 | 01/04/2016 | Resolved | 09/16/2016 |
| 01/04/2016 08:46 EST  Koenen, Deanna ARNP | III | ICD-9 | 382.9 | 01/04/2016 | Current | 01/04/2016 |
| External hemorrhoids without mention of comp | | | | | | |
| 03/17/2020 17:35 EST  Armel, Amy PA-C | III | ICD-9 | 455.3 | 07/14/2011 | Resolved | 03/17/2020 |
| 07/14/2011 11:53 EST  Holtzapple, Jennifer PA | III | ICD-9 | 455.3 | 07/14/2011 | Current | 07/14/2011 |
| Sinusitis, acute, unspecified | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 461.9 | 08/25/2014 | Resolved | 09/05/2014 |
| 09/05/2014 13:12 EST  Kengersky, Diane PA-C | III | ICD-9 | 461.9 | 08/25/2014 | Resolved | 09/05/2014 |
| 08/25/2014 14:01 EST  Kengersky, Diane PA-C | III | ICD-9 | 461.9 | 08/25/2014 | Current | 08/25/2014 |
| Allergic rhinitis, cause unspecified | | | | | | |
| 09/16/2016 15:31 EST  Bonnet-Engebretson, Leonor MD | III | ICD-9 | 477.9 | 11/21/2014 | Resolved | 09/16/2016 |
| 11/21/2014 12:28 EST  Lopez, H. MD | III | ICD-9 | 477.9 | 11/21/2014 | Current | 11/21/2014 |
| Pneumonia, organism unspecified | | | | | | |
| 03/15/2017 12:24 EST  Faubion, Lu ARNP | III | ICD-9 | 486 | 06/09/2015 | Resolved | 03/15/2017 |
| Asthma exacerbated with productive cough and wheezing. | | | | | | |
| 03/02/2017 10:01 EST  McAllister, Jessa PA-C | III | ICD-9 | 486 | 06/09/2015 | Current | 03/02/2017 |
| Asthma exacerbated with productive cough and wheezing. | | | | | | |
| 09/16/2016 15:31 EST  Bonnet-Engebretson, Leonor MD | III | ICD-9 | 486 | 06/09/2015 | Resolved | 09/16/2016 |
| Asthma exacerbated with productive cough and wheezing. | | | | | | |
| 06/09/2015 13:04 EST  Faubion, Lu ARNP | III | ICD-9 | 486 | 06/09/2015 | Current | 06/09/2015 |
| Asthma exacerbated with productive cough and wheezing. | | | | | | |
| Abrasion of teeth, extending into dentine | | | | | | |

Bureau of Prisons - HAF

Reg #: 19912-050     Inmate Name: MARTINEZ, JOSE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Cracked tooth - nontraumatic** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 521.22 | 06/15/2009 | Resolved | 03/26/2013 |
| 03/26/2013 10:47 EST  Angud, Marylin MLP | III | ICD-9 | 521.22 | 06/15/2009 | Resolved | 03/26/2013 |
| 06/15/2009 10:01 EST  Meyer, Karl DDS, CDO | III | ICD-9 | 521.22 | 06/15/2009 | Current | 06/15/2009 |
| **Cracked tooth - nontraumatic** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 521.81 | 01/27/2010 | Resolved | 03/26/2013 |
| 03/26/2013 10:47 EST  Angud, Marylin MLP | III | ICD-9 | 521.81 | 01/27/2010 | Resolved | 03/26/2013 |
| 01/27/2010 13:07 EST  Meyer, Karl DDS, CDO | III | ICD-9 | 521.81 | 01/27/2010 | Resolved | 01/27/2010 |
| **Fractured restorative material w/o loss material** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 525.63 | 06/03/2009 | Resolved | 03/26/2013 |
| 03/26/2013 10:47 EST  Angud, Marylin MLP | III | ICD-9 | 525.63 | 06/03/2009 | Resolved | 03/26/2013 |
| 06/03/2009 09:46 EST  Meyer, Karl DDS, CDO | III | ICD-9 | 525.63 | 06/03/2009 | Current | 06/03/2009 |
| **Other constipation** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 564.09 | 02/15/2014 | Resolved | 11/21/2014 |
| 11/21/2014 12:27 EST  Lopez, H. MD | III | ICD-9 | 564.09 | 02/15/2014 | Resolved | 11/21/2014 |
| 02/15/2014 10:31 EST  Martinez, Maria PA-C | III | ICD-9 | 564.09 | 02/15/2014 | Current | 02/15/2014 |
| **Shoulder (pain in joint, shoulder region)** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 719.41 | 06/29/2012 | Resolved | 03/26/2013 |
| left shoulder injection 7-12-12 | | | | | | |
| 03/26/2013 10:47 EST  Angud, Marylin MLP | III | ICD-9 | 719.41 | 06/29/2012 | Resolved | 03/26/2013 |
| left shoulder injection 7-12-12 | | | | | | |
| 07/12/2012 13:13 EST  Craig, Charles PA-C | III | ICD-9 | 719.41 | 06/29/2012 | Current | 06/29/2012 |
| left shoulder injection 7-12-12 | | | | | | |
| 06/29/2012 08:15 EST  DiMicco, Elaine M. PA | III | ICD-9 | 719.41 | 06/29/2012 | Current | 06/29/2012 |
| **Ankle, foot- Pain in joint** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 719.47 | 09/05/2014 | Resolved | 11/21/2014 |
| 11/21/2014 12:27 EST  Lopez, H. MD | III | ICD-9 | 719.47 | 09/05/2014 | Resolved | 11/21/2014 |
| 09/05/2014 13:12 EST  Kengersky, Diane PA-C | III | ICD-9 | 719.47 | 09/05/2014 | Current | 09/05/2014 |
| **Fasciitis, unspecified** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 729.4 | 07/24/2014 | Resolved | 11/21/2014 |
| 11/21/2014 12:27 EST  Lopez, H. MD | III | ICD-9 | 729.4 | 07/24/2014 | Resolved | 11/21/2014 |
| 07/24/2014 09:13 EST  Kengersky, Diane PA-C | III | ICD-9 | 729.4 | 07/24/2014 | Current | 07/24/2014 |
| **Rash and other nonspecific skin eruption** | | | | | | |

Reg #: 19912-050          Inmate Name: MARTINEZ, JOSE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 03/17/2020 17:35 EST  Armel, Amy PA-C | III | ICD-9 | 782.1 | 03/26/2013 | Resolved | 03/17/2020 |
| 03/26/2013 10:47 EST  Angud, Marylin MLP | III | ICD-9 | 782.1 | 03/26/2013 | Current | 03/26/2013 |
| **Face (ie orbit, other), fracture, closed** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 802.8 | 09/18/2014 | Resolved | 09/18/2014 |
| s/p repair left zygoma fracture | | | | | | |
| 09/18/2014 11:17 EST  Walt, Michael J. D.O  Clinical Director | III | ICD-9 | 802.8 | 09/18/2014 | Resolved | 09/18/2014 |
| s/p repair left zygoma fracture | | | | | | |
| **Fracture of scapula, closed** | | | | | | |
| 03/17/2020 17:35 EST  Armel, Amy PA-C | III | ICD-9 | 811.0 | 09/12/2014 | Resolved | 03/17/2020 |
| 09/12/2014 13:42 EST  Kengersky, Diane PA-C | III | ICD-9 | 811.0 | 09/12/2014 | Current | 09/12/2014 |
| **Chest (wall), open wound, w/o complication** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 875.0 | 09/05/2014 | Resolved | 11/21/2014 |
| 11/21/2014 12:27 EST  Lopez, H. MD | III | ICD-9 | 875.0 | 09/05/2014 | Resolved | 11/21/2014 |
| 09/05/2014 12:05 EST  Coyne, Nicolette PA-C | III | ICD-9 | 875.0 | 09/05/2014 | Current | 09/05/2014 |
| **Acute nasopharyngitis [common cold]** | | | | | | |
| 03/28/2017 09:49 EST  McAllister, Jesse PA-C | III | ICD-10 | J00 | 01/30/2017 | Resolved | 03/28/2017 |
| 01/30/2017 10:18 EST  McAllister, Jesse PA-C | III | ICD-10 | J00 | 01/30/2017 | Current | 01/30/2017 |
| **Seborrheic dermatitis, unspecified** | | | | | | |
| 03/17/2020 17:35 EST  Armel, Amy PA-C | III | ICD-10 | L219 | 08/26/2016 | Resolved | 03/17/2020 |
| 08/26/2016 10:01 EST  McAllister, Jesse PA-C | III | ICD-10 | L219 | 08/26/2016 | Current | 08/26/2016 |
| **History of colonic polyps** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V12.72 | 06/19/2014 | Resolved | 06/19/2014 |
| 06/19/2014 12:30 EST  Kengersky, Diane PA-C | III | ICD-9 | V12.72 | 06/19/2014 | Resolved | 06/19/2014 |
| **Laboratory examination, unspecified** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V72.60 | 06/09/2010 | Resolved | 03/26/2013 |
| 03/26/2013 10:47 EST  Angud, Marylin MLP | III | ICD-9 | V72.60 | 06/09/2010 | Resolved | 03/26/2013 |
| 06/09/2010 10:28 EST  Craig, Charles PA-C | III | ICD-9 | V72.60 | 06/09/2010 | Current | 06/09/2010 |
| **Other specified examination** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V72.85 | 12/22/2010 | Resolved | 03/26/2013 |
| 03/26/2013 10:47 EST  Angud, Marylin MLP | III | ICD-9 | V72.85 | 12/22/2010 | Resolved | 03/26/2013 |
| 12/22/2010 10:50 EST  Holtzapple, Jennifer PA | III | ICD-9 | V72.60 | 12/22/2010 | Current | 12/22/2010 |

Total: 46

JOSE Martinez #14742-050
F.C.I. Hazelton
P.O. Box 5000
Bruce ton Mills, W.V. 26525

RECEIVED
NOV 10 2021
CLERK'S OFFICE
S.D.N.Y.

USMP3
SDNY

CERTIFIED MAIL

7019 1640 0001 8297 8971

U.S. Court House
Clerk of Court
500 Pearl St. Room 120
New york, NY. 10007-1312



Criminal
Docket