UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JUAN RODRIGUEZ and JOSE MARTINEZ,

                Defendants.

96-cr-959 (SHS)

ORDER TO ANSWER

---

SIDNEY H. STEIN, U.S. District Judge.

Defendant Juan Rodriguez having filed a motion for reduction of sentence on May 10, 2023 (ECF No. 174) and a supplemental memorandum of law in support of his motion on December 14, 2023 (ECF No. 176),

Defendant Jose Martinez having filed a motion for reduction of sentence on February 21, 2024 (ECF No. 178),

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the government shall respond to defendants' motions.

The Clerk of Court is directed to send a copy of this Order to Juan Rodriguez [19848-050], FCI Ray Brook, Federal Correctional Institution, P.O. Box 900, Ray Brook, NY 12977 and Jose Martinez [19912-050], FCI Coleman Medium, Federal Correctional Institution, P.O. Box 1032, Coleman, FL 33521.

Dated: New York, New York
           November 18, 2024

SO ORDERED:

*/s/ Sidney H. Stein*

Sidney H. Stein, U.S.D.J.