UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      v.<br><br>JOSE MARTINEZ,<br><br>                    Defendants. | 96-cr-959 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of defendant Jose Martinez's letter dated January 6, 2025 stating that he did not receive the government's opposition to his motion for compassionate release.

The Clerk of Court is directed to send (i) a copy of the government's opposition to Martinez's motion (ECF No. 186) and (ii) this Order to Jose Martinez [19912-050], FCI Coleman Medium, Federal Correctional Institution, P.O. Box 1032, Coleman, FL 33521.

Martinez shall submit any reply to the government's submission on or before February 21, 2025.

Dated: New York, New York
         January 14, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.