UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JOSE MARTINEZ,

                Defendant.

96-cr-959 (SHS)

OPINION & ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    Defendant Jose Martinez moves to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1), commonly referred to as the "compassionate release" statute. (ECF No. 198.) Along with his co-defendant Juan Rodriguez, Martinez is currently serving a life sentence for the 1996 murders of Antonio Valencia and Freddy Sanchez. *See United States v. Martinez*, No. 96-cr-959, 2025 WL 770100, at *1 (S.D.N.Y. Mar. 11, 2025).

    This is Martinez's fourth motion for compassionate release in four years. (*See* ECF Nos. 168, 173, 178, 198.) In his three prior motions, Martinez contended that his age, health conditions, length of incarceration, asserted rehabilitation, and the impact of COVID-19 constitute extraordinary and compelling circumstances justifying a reduction in his sentence. This Court denied all three motions, concluding that Martinez had not identified extraordinary and compelling reasons for a sentence reduction and that a reduction would be inconsistent with the section 3553(a) factors. *See United States v. Martinez*, No. 96-cr-959, 2021 WL 5605137 (S.D.N.Y. Nov. 30, 2021); *United States v. Martinez*, No. 96-cr-959 (S.D.N.Y. May 26, 2023) (ECF No. 175); *Martinez*, 2025 WL 770100.

    Martinez's fourth motion retraces the same contentions previously advanced in support of his prior motions for compassionate release. Having presented no new grounds for the Court's consideration in his fourth motion, Martinez's request for compassionate release is denied for the reasons set forth in the Court's earlier orders. The Court also denies Martinez's request for appointment of counsel.[1]

---

[1] Whether to appoint counsel in connection with a motion for compassionate release is "left to the discretion of the district court, which may consider the merits of the defendant's motion as 'a significant factor in the exercise of that discretion.'" *Peña v. United States*, No. 09-cr-341, 2024 WL 3729571, at *2 (S.D.N.Y. Aug. 8, 2024) (quoting *United States v. Chavez*, No. 02-cr-1301, 2024 WL 2846606, at *4 (S.D.N.Y. May 30, 2024)); *see United States v. Fleming*, 5 F.4th 189, 192–93 (2d Cir. 2021).

The Clerk of Court is directed to mail a copy of this Order to defendant as follows: Jose Martinez [19912-050], FCI Coleman Medium, Federal Correctional Institution, P.O. Box 1032, Coleman, FL 33521.

Dated: New York, New York
      August 27, 2025

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.